# EXHIBIT E



*Patent Pending*

## Silent Night™ Mask Liner Benefits:

- ✓ Reduced Air Leaks with Micro Pillow™ Fabric Technology
- ✓ Attach to Mask with Quick Stick™ Tabs
- ✓ Anti-Bacterial / Anti-Microbial Fabric
- ✓ Fewer Nose Bridge Sores*
- ✓ Reusable and Economical
- ✓ Reduced Pressure Marks
- ✓ Absorbs Moisture
- ✓ Resists Curling

CPAP, APAP & BiPAP Mask Liners



*With our cushioned liner and enhanced seal, less strap and headgear pressure is necessary….. resulting in fewer sores.

ONE MONTH SUPPLY • EACH LINER LASTS 6-8 DAYS • QTY: 4 LINERS

Contact information: www.silentnighthealth.com or 231-287-8866

# Silent Night™
## Comfort Seal Liners



1. Remove adhesive backers.



2. Center liner on mask (adhesive side toward mask).



3. Gently adhere tabs (where they naturally fall on mask).



4. Adjust liner if needed.

*Contact information: www.silentnighthealth.com or 231-287-8866*

MADE IN THE USA